**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TORAH EDUCATION & SCHOLARSHIP FUND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOLOMON CAPITAL LLC, et al., <br><br> Defendants. | Case No.: CV 13-4330 DSF (PLAx) <br><br><br> JUDGMENT |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 12/18/13

_____
Dale S. Fischer
United States District Judge