Simon Schwarz, Esq. *Pro Hac Vice*
Attorney for Plaintiff
954 Lexington Ave., No. 261
New York, NY 10021-5013
Tel.:    347-852-3514
E-mail: sschwarz@justice.com

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

----------------------------------------------------------X

| | |
|---|---|
| UNITED TORAH  EDUCATION<br>& SCHOLARSHIP FUND, INC.,<br>a Florida non for profit corporation,<br><br>Plaintiff,<br><br>-against-<br><br>SOLOMON CAPITAL LLC, et al<br><br>Defendants. | ) Case No. CV 13-4330-DSF (PLAx)<br>)<br>) **NOTICE OF MOTION**<br>) **TO VACATE JUDGMENT OF**<br>) **DISMISSAL, RESTORE CASE**<br>) **TO CALENDAR AND DENY**<br>) **MOTION TO DISMISS**<br>)<br>)<br>) **Date: February 24, 2014**<br>) **Time: 1:30 P.M.**<br>) **Ctrm: 840** |

----------------------------------------------------------XJUDGE: Hon. Dale S. Fischer

PLEASE TAKE NOTICE THAT on February 24, 2014, at 1:30 p.m.,

or as soon thereafter as the matter may be heard, before the Honorable Dale

S. Fischer, in Courtroom 840 of the United States District Court for the

Central District of California, located at the Roybal Federal Building, 255 E.

Temple Street, Los Angeles, CA, Plaintiff will move this Court for an Order

pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedures

(i)vacating the Judgment of Dismissal of this Court dated December 18,

2013 (Docket No. 32) and the underlying (In Chambers) Memorandum and

Order dated December 18, 2013 (Docket No. 31) granting Defendants'

Motion to Dismiss for lack of subject matter jurisdiction filed on November 19, 2013 (Docket # 23) on the grounds of inadvertence and excusable neglect and that Plaintiff has a meritorious defense to the diversity issue raised by the Defendants; (ii) restoring the Defendants' Motion to Dismiss (Docket # 23) to the Court's calendar and either (A) abstaining from ruling thereon and deferring the matter to the Southern District of New York ("SDNY") district court in which an *in personam* action seeking monetary relief upon which this limited *in rem* action is predicated and an identical motion has been filed, fully briefed and submitted as of December 4, 2013, following a pre-motion conference held on October, 18 2013, pursuant to a pre-motion scheduling order dated October 21, 2013, on substantive or prudential grounds of duplicative litigation, conservation of judicial resources and comprehensive disposition of litigation, as counseled by the U.S. Supreme Court and the Ninth Circuit, or, alternatively, (B) accepting the declarations of Simon Schwarz, Esq., Mark Beychok, Michael Caridi, Jason Gold and the additional declaration of Simon Schwarz submitted in support of Plaintiff's Motion to Vacate (Docket ## 37-41) and the accompanying Memorandum of Points & Authorities (Point I excluded) (Docket # 42), as Plaintiff's Response to Defendants' Motion to Dismiss and denying such motion on the merits, and further, to the extent the Court deems it necessary,

allowing plaintiff additional jurisdictional discovery, including a deposition of Solomon Sharbat, and (iii) such other and further relief as the Court deems just and proper in the circumstances.

The Motion will be based on this Notice of Motion and the papers filed in support of the Motion on January 2, 2014, as follows: the declaration of Simon Schwarz, Esq., attorney for plaintiff, dated December 30, 2013 and the exhibits annexed thereto (Docket #37), the Declaration of Mark Beychok dated December 23, 2013 and the exhibits annexed thereto (Docket #38), the Declaration of Michael Caridi dated December 23, 2013 and the exhibits annexed thereto (Docket #39), the Declaration of Jason Gold dated December 23, 2013 and the exhibits annexed thereto (Docket #40), the additional Declaration of Simon Schwarz dated December 23, 2013 and the exhibits annexed thereto (Docket #41), and the accompanying Memorandum of Points & Authorities dated December 30, 2013 (Docket # 42), and such other and further evidence as the Court may consider at the hearing on this Motion.

Plaintiff intends to file in due course an Application for an Order shortening the time for the return date of this Motion as soon as it has in its possession substantial evidence of Sharbat's ongoing intensified efforts since the dismissal of this case on jurisdictional grounds and the lifting of a

writ of attachment on Genesis stock claimed to be owned by Sharbat and his alter egos to negotiate and obtain for himself and his alter ego entity and trust defendants all of its claimed shares of Genesis stock which are currently in dispute.

Any opposition to this Motion must be filed and served via ECF upon Plaintiffs' counsel no less than 21 days prior to the above-noticed hearing.

Dated: January 21, 2014
New York, New York

Simon Schwarz, Esq.